IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| *Plaintiff-Respondent* } | |
| } | |
| v. } | CRIMINAL ACTION NO. H-92-137-10 |
| } | CIVIL ACTION NO. H-05-46 |
| CARMENZA GUZMAN VARON, } | |
| *Defendant-Petitioner* } | |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Carmenza Guzman-Varon's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is **DENIED** and his action is **DISMISSED WITH PREJUDICE.**

SIGNED at Houston, Texas this 5th day of December, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE